**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 237 EAL 2022 |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| JEFF RZEPSKI, | : |
| Petitioner | : |
| | |
| COMMONWEALTH OF PENNSYLVANIA, | : No. 238 EAL 2022 |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| JEFF RZEPSKI, | : |
| Petitioner | : |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 4th day of January, 2023, the Petition for Allowance of Appeal is **DENIED**.